E-FILED
Tuesday, 04 August, 2009  01:50:40 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| SHANDE M. PONTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No.  08-2159 |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| sued as Michael J. Astrue, ) | |
| ) | |
| Defendant. ) | |

# O R D E R

In January 2008, Administrative Law Judge (hereinafter "ALJ") Kenneth Stewart denied Plaintiff Shande Ponton's application for disability insurance benefits (hereinafter "DIB") and supplemental security income (hereinafter "SSI").  The ALJ based his decision on findings that, although Plaintiff suffers from a severe impairment, he is capable of performing other jobs that exist in significant numbers in the national economy; therefore, he is not disabled within the meaning of the Social Security Act.

The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.

In July 2008, Plaintiff filed a Complaint (#4) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny DIB and SSI.  In December 2008, Plaintiff filed a Motion for Summary Judgment (#14).  In March 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#17).

After reviewing the record and the parties' memoranda, this Court denied Plaintiff's Motion for Summary Judgment (#14).  Consistent with the Court's reasoning in the Order denying Plaintiff's motion, the Court now **GRANTS** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#17)**.

ENTER this 4th day of August, 2009.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE